UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:12CR00096AGF |
| BRANDON LAWRENCE ADAMS, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant Brandon Lawrence Adams' Oral Motion to Suppress [Doc. No. 8]; First Motion to Suppress Evidence [Doc. No. 41]; First Motion to Suppress Statements [Doc. No. 42]; the oral motion of the United States for a Determination of the Admissibility of Arguably Suppressible Evidence [Doc. No. 9]; and the Order and Recommendation of the U.S. Magistrate Judge [Doc. No. 78].

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge David D. Noce. An evidentiary hearing was held on November 2 and 5, 2012. Defendant has not filed any objections to the Order and Recommendation, and his time for doing so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of the United States Magistrate Judge [Doc. No. 78] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Oral Motion to Suppress [Doc. No. 8]; First Motion to Suppress Evidence [Doc. No. 41]; and First Motion to Suppress Statements [Doc. No. 42] are **DENIED**.

**IT IS FURTHER ORDERED** that the Oral Motion of the United States for a Determination of the Admissibility of Arguably Suppressible Evidence [Doc. No. 9] is **DENIED as moot**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2013.